UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

TEO BOON CHING,
    a/k/a "Zhang,"
    a/k/a "Dato Sri,"
    a/k/a "Godfather,"

    Defendant.

------------------------------X

ORDER OF JUDICIAL REMOVAL

S1 20 Cr. 181 (PAC)

    Upon the application of the United States of America, by Michael R. Herman, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of TEO BOON CHING, a/k/a "Zhang," a/k/a "Dato Sri," a/k/a "Godfather," and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

    1.    The defendant is not a citizen or national of the United States.

    2.    The defendant is a native and a citizen of Malaysia.

    3.    On October 6, 2022, the defendant was extradited from Malaysia and paroled into the United States at John F. Kennedy International Airport in Queens, New York, on or about October 7, 2022, for criminal prosecution.

    4.    At the time of sentencing in the instant criminal proceeding, the defendant will be

convicted in the United States District Court, Southern District of New York, under Count One of the Superseding Indictment, charging the defendant with conspiracy to commit wildlife trafficking, in violation of Title 18 United States Code Section 371 and Title 16, United States Code, Sections 1538(a)(1)(F), 1540(b)(1), 3372(a)(2)(A) and 3373(d)(1)(B).

5. The maximum sentence for this violation is five years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Malaysia as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Malaysia.

Dated:    New York, New York
          9/14, 2023

*[signature]*

THE HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT COURT JUDGE